Espinoza v City of New York (2025 NY Slip Op 50486(U))

[*1]

Espinoza v City of New York

2025 NY Slip Op 50486(U)

Decided on March 21, 2025

Appellate Term, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on March 21, 2025
SUPREME COURT, APPELLATE TERM, SECOND DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : CHEREÉ A. BUGGS, J.P., LISA S. OTTLEY, JOANNE D. QUIÑONES, JJ

2024-58 K C

Bryan Espinoza, Appellant,
against
City of New York, Respondent. 

Bryan Espinoza, appellant pro se.
Corporation Counsel of the City of NY, (Amanda Abata and Mackenzie Fillow of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Edward H. King, J.), entered October 18, 2023. The order denied plaintiff's motion for, in effect, leave to reargue his opposition to defendant's prior motion to dismiss the complaint.

ORDERED that the appeal is dismissed.
In this action, plaintiff seeks to recover the principal sum of $119,000, apparently based on his dissatisfaction with the New York City Police Department's responses to several criminal complaints he made. On October 25, 2022, the Civil Court (Nicholas W. Moyne, J.) granted defendant's motion to dismiss the complaint. After making several intervening motions, on May 26, 2023, plaintiff moved, in effect, for leave to reargue his opposition to defendant's motion to dismiss the complaint, which had resulted in the October 25, 2022 order. In an order entered October 18, 2023, the Civil Court (Edward H. King, J.) denied the motion, and plaintiff appeals from that order. No appeal lies from an order denying reargument (see Bank of Am., N.A. v Davis, 210 AD3d 737, 737 [2022]; Deutsche Bank Natl. Trust Co. v Spanos, 180 AD3d 997, 997 [2020]).
Accordingly, the appeal is dismissed.
BUGGS, J.P. and QUIÑONES, JJ., concur.
OTTLEY, J., taking no part.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: March 21, 2025